Submitted February 25, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*
*v.*
JOHN THOMAS REED,
*Defendant-Appellant.*

Lane County Circuit Court
15CR53962; A171803

487 P3d 876

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and John P. Evans, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).